*eral Fahy, Assistant Attorney General Shea,* and *Mr. Abraham J. Harris* for the United States.

No. 653. AMERICAN - LAFRANCE - FOAMITE CORP. *v.* URQUHART ET AL. December 4, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Oscar W. Jeffery, Harry G. Kimball,* and *Richard K. Stevens* for petitioner.

No. 646. REGENSBURG, EXECUTRIX, *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 647. REGENSBURG *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 648. REGENSBURG *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 649. REGENSBURG *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 650. REGENSBURG ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. December 4, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur B. Hyman* for petitioners. *Assistant Attorney General Samuel O. Clark, Jr.* and *Messrs. Sewall Key, J. Louis Monarch,* and *Harry Baum* for respondent.

No. 605. BEACON MILLING CO., INC. *v.* NEW YORK CENTRAL RAILROAD CO. December 4, 1944. Petition for writ of certiorari to the Court of Appeals of New York denied for want of a final judgment. *Mr. August G.*